UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

D.F. et al

                Plaintiff,  :    1:26-cv-1508 (ALC)

    -against-          :    <u>ORDER</u>

NYC DOE

        Defendants.

----------x

**ANDREW L. CARTER, JR, United States District Judge:**

Defendant's answer was due June 22, 2026. The answer is now over due. The Court orders the Parties file a joint status report with the status of settlement by June 24, 2026.

**SO ORDERED.**

**Dated:** June 23, 2026

                                          _Andrew L. Carter_

**New York, New York**                **ANDREW L. CARTER, JR.**
                                       **United States District Judge**