**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **D.F. ET AL**<br><br>                              **Plaintiff,**<br><br>           **-against-**<br><br> **NYCDOE**<br><br>                              **Defendant.** | **26-CV-1508 (ALC)**<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made within

thirty days.

**SO ORDERED.**

Dated:     June 25, 2026
              New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**